UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AGTEXAS, PCA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:15-CV-00288-J |
| | § | |
| ROBBIE JAMES BULLOCK and | § | |
| CARRIE JEAN BULLOCK, | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT CREDITOR'S SECOND MOTION TO COMPEL POST-JUDGMENT DISCOVERY

TO THE HONORABLE COURT:

AgTexas, PCA, Plaintiff and judgment creditor ("*AgTexas*" or "*Plaintiff*"), files this Second Motion to Compel Post-Judgment Discovery and respectfully shows:

1. On January 11, 2016, this Court entered its agreed judgment, under which the Plaintiff recovered a money judgement from and against each of the Defendants.

2. As of December 31, 2018, after allowing all credits for monies paid or recovered on the judgment, the unpaid principal balance on the judgment was approximately $629,539.56, plus approximately $125,063.59 in post-judgment interest. The judgment remains unsatisfied.

3. On June 29, 2018, the Plaintiff served Plaintiff's Second Set of Post-Judgment Interrogatories upon the judgment debtor, Robbie James Bullock.

4. To date, those interrogatories have not been answered, nor have any other responses been served on the Plaintiff.

5. By letter dated November 14, 2018, from counsel for Plaintiff to counsel for the judgment debtors, the Plaintiff requested Mr. Bullock's voluntary compliance with his obligations to respond to post-judgement discovery. A copy of that letter is attached to and incorporated in this Motion.

6. A second request was made by letter dated December 26, 2018, which stated that AgTexas would potentially seek court assistance in compelling Mr. Bullock's compliance.

7.      Plaintiff requests that this Court enter appropriate orders compelling Mr. Robbie James Bullock to comply with his post-judgment discovery obligations, in particular, that he be commanded to respond to the second post-judgment interrogatories on or before a date certain.

8.      **Prior Motion**. AgTexas filed an earlier motion to compel post-judgment discovery [Doc. No. 33]. That motion resulted in limited compliance by the judgment debtors without the necessity of a hearing [*see* Order entered as Doc. No. 37]. This motion refers to a new and different discovery item generated over a year later.

9.      The following items are attached to and incorporated in this Motion.

    **Exhibit 1:**    Plaintiff's Second Set of Interrogatories in Aid of Judgment, To: Robbie James Bullock;

    **Exhibit 2:**    November 14, 2018 letter to counsel for the judgment debtors.

10.      Plaintiff consents to the entry of final orders on this matter by the United States Magistrate Judge.

WHEREFORE, AgTexas, PCA, Plaintiff and judgment creditor, prays that upon hearing before this court or the United States Magistrate Judge, Robbie James Bullock be compelled to comply with his post-judgement discovery obligations as stated above. Plaintiff prays for general relief.

DATED: January 3, 2019

Respectfully submitted,

*/s/ Roger S. Cox*
ROGER S. COX, Texas State Bar No. 04956200
UNDERWOOD
P. O. Box 9158
Amarillo, Texas 79105-9158
Telephone (Direct): (806) 242-9651;
Fax: (806) 379-0316
Email: roger.cox@uwlaw.com
*Counsel for AgTexas PCA, Plaintiff/Judgment Creditor*

**CERTIFICATE OF CONFERENCE**

On December 26, 2018, I attempted to contact counsel for the defendants / judgment debtors. He was not available, and there has been no response to that call or the referenced December 26, 2018 letter. Although we have previously communicated regarding this issue in an effort to achieve voluntary compliance, we have not addressed this motion specifically. It is presumed this motion will be **opposed.**

*/s/ Roger S. Cox*

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served by First Class Mail and by electronic mail to the following:

Kenneth Netardus, Esq.  
knetardus@sjblawfirm.com

Kenneth Netardus, Esq.  
P.O. Box 9660  
Amarillo, TX 79102

Date of service: January 3, 2019

*/s/ Roger S. Cox*