UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AGTEXAS, PCA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:15-CV-00288-J |
| | § | |
| ROBBIE JAMES BULLOCK and | § | |
| CARRIE JEAN BULLOCK, | § | |
| | § | |
| Defendants. | § | |

## SATISFACTION OF JUDGMENT

1.  An Agreed Judgment was entered in the above civil action on January 11, 2016, in favor of the Plaintiff and judgment creditor, AgTexas, PCA, and against Robbie James Bullock and Carrie Jean Bullock.

2.  The Agreed Judgment has been fully compromised and satisfied, and the undersigned counsel certifies that there are no outstanding executions or other writs in the hands of any sheriff or marshal.

THEREFORE, satisfaction of the Agreed Judgment is acknowledged, and the clerk of the court is authorized and directed to make an entry of the satisfaction of said Agreed Judgment on the docket of this court.

Respectfully submitted,

*/s/ Roger S. Cox*
ROGER S. COX, Texas State Bar No. 04956200
UNDERWOOD
P. O. Box 9158
Amarillo, Texas 79105-9158
Telephone (Direct): (806) 242-9651;
Fax: (806) 379-0316
Email: roger.cox@uwlaw.com

*Counsel for AgTexas PCA, Plaintiff/Judgment Creditor*

## CERTIFICATE OF SERVICE

A copy of the foregoing was served by First Class Mail and by electronic mail to the following:

| | |
|---|---|
| Kenneth Netardus, Esq.<br>knetardus@sjblawfirm.com | Kenneth Netardus, Esq.<br>P.O. Box 9660<br>Amarillo, TX  79102 |

Date of service: March 26, 2019

                                            */s/ Roger S. Cox*